# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR48 |
| | ) | |
| CECELIA EARTH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's Motion to Continue (Filing No. 30) is granted.

**IT IS ORDERED** that the hearing on the Motion to Suppress (filing no. 14) is continued to August 15, 2008 at 1:30p.m. before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS FURTHER ORDERED** that the arraignment on the superseding indictment will be held in conjunction with the hearing on the Motion to Suppress.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 3rd day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge