IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| CECELIA EARTH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the unopposed motion to file objections to presentence investigation report out of time (Filing No. 42). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Defendant's objections to presentence investigation report (Filing No. 43) are deemed submitted.

DATED this 16th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court