UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| CECELIA EARTH, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

      This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 58). The Court has reviewed the record in this case and finds as follows:

      1. On February 4, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 1001, 641, 1957(a), 1957(b)(1) and 982(a)(1), based upon the defendant's plea of guilty to Counts II, III and IV of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in a 2005 Buick Rendezvouz CX, VIN 3G5DA03745S556164, was forfeited to the United States.

      2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on February 9, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on April 10, 2009 (Filing No. 57).

      3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED :

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the 2005 Buick Rendezvouz CX, VIN 3G5DA03745S556164, held by any person or entity, is hereby forever barred and foreclosed.

C. The  a 2005 Buick Rendezvouz CX, VIN 3G5DA03745S556164, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 14th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court